# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE __NORTHERN__ DISTRICT OF __INDIANA__

(Full name of plaintiff(s))

**Pearson Douglas**

2:20-cv-366-JRS-DLP

vs

(Full name of defendant(s))

**DR DWENGER**

**DR SIMMS**

**DR PRIMEAU**

Dp 6/31/20

Case Number: ~~scribbled out~~

(to be supplied by clerk of court)

FILED
5:58 pm, Jul 15, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
   (State)
   __Wabash Valley Correctional P.O. Box 1111 Carlisle, IN 47838-1111__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant __DR Dwenger / DR Simms / DR Primeau__
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __INDIANA__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for __WVCF OR Indiana Mental Health department IN D.O.C DR DINENKEN/ DR SIMMS/ DR PRIMEAU__ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

DR DINENKEN/ DR SIMMS/ DR PRIMEAU/ Lt ALLEN/ Lt EWERS/ G. EWERS/ BHs FRY/ all Instututional authoritys are workn 2 Keep me segragated From everything/ work/ job programs 3 plus years/ Mental Health department/ disciplnaiky Hearin Board/ workn against me 2 keep me segragated in K-H-U/ I can not work/ job programs/ I am locked down all day/ Wabash Valley Correc/ KHu Mental Health Unit/ skips group everyday/ I got 3 grievances with no grievance numbers I need Grievance numbers/

Complaint - 2

Dr Dwenger/ Dr Simms/ DR Primeau/ Lt allen/ Lt Ewers/ A.Ewers/ BHs Fry/ all Institutional authoritys are workn against me 2 keep me locked down/ segragated from everything/ work/ job programs/ I am in danger at Wabash Valley Correc/ I need help ASAP
  Thank 4 your time
    God Bless

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $50.000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I Need 50.000 / Because all Institutional authoritys are workn against me 2 keep me locked down / segragated from everything 3 plus years / Dr D.wenger / Dr Simms / Dr Primeau / Lt allen / Lt ewers / A. ewers / BHs Firy / all Institutional authoritys workn against me 2 keep me locked down / segragated 3 plus years /

Hank24 your time
God Bless

E. JURY DEMAND

☑ Jury Demand – I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this (31) ~~~~ day of ~~~~ June 20 20.

Respectfully Submitted,

**Douglas Pearson**
Signature of Plaintiff

**232811**
Plaintiff's Prisoner ID Number

**Wabash Valley Correc P.O. Box 1111**
**Carlisle, IN 47838-1111**
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Douglas Pearson 222811
WVCF
P.O. Box 1111
Carlisle, IN
47838

RECEIVED
JUL 13 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

US District Court
46 East Ohio Street
Indianapolis, IN
46304

46204-190399