UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DOUGLAS PEARSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DWENGER, et al.<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)　　No. 2:20-cv-00366-JRS-DLP<br>)<br>)<br>)<br>) |

# FINAL JUDGMENT

The Court now enters **FINAL JUDGMENT**. The action is **dismissed without prejudice**.

Date: 7/20/2020

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DOUGLAS PEARSON
232811
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838